834 A.2d 487

**Nathaniel STEWART, Appellant**

**v.**

**PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Sept. 11, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of September, 2003, probable jurisdiction is noted and the order appealed is affirmed.